UNITED STATES of America,
Plaintiff—Appellee,

v.

Anthony Lamar SNIPE, Defendant—
Appellant.

No. 09–7325.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 6, 2009.
Decided: Dec. 11, 2009.

Anthony Lamar Snipe, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lamar Snipe appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Snipe,* No. 2:02–cr–00833–PMD (D.S.C. June 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*